822

No. 900. EARLE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. February 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Geo. E. H. Goodner* and *Scott P. Crampton* for petitioners. *Acting Solicitor General Washington, Sewall Key, J. Louis Monarch* and *Harry Marselli* for respondent.

No. 725. DE NORMAND *v.* UNITED STATES. February 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 741. QUINN *v.* UNITED STATES. February 17, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *John J. Bonner* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 949. BAXTER *v.* RAGEN, WARDEN.

No. 951. TURNER *v.* RAGEN, WARDEN.

February 17, 1947. Denied.

No. 952. ENTRICAN *v.* MICHIGAN. February 17, 1947. Petition for writ of certiorari to the Supreme Court of Michigan denied.